**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKESE PETTY, | Case No. CV 25-11074 PA (PVCx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CITY OF ONTARIO, et al., | |
| Defendants. | |

In accordance with the Court's March 17, 2026 Minute Order dismissing this action pursuant to Federal Rule Civil Procedure 4(m) and for failure to prosecute,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: March 17, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE